IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TINA MICHELLE BRAATEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS, JOSEPH DUSATKO, DEREK MAHLUM, KATIE CUNNINGHAM, KRISTI KINSEY, SCOTT FISHER, TRAVIS BURROW, ROBERT BEALL, ADAM PRICE AND A.L.,<br><br>Defendants. | Case No. CV-22-61-GF-BMM-JTJ<br><br>**ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE** |
| THE ESTATE OF<br>TIMOTHY ALLEN BRAATEN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF GREAT FALLS, JOSEPH DUSATKO, DEREK MAHLUM, SCOTT FISHER, TRAVIS BURROW, ROBERT BEALL, FRANK TORRES, ADAM PRICE, AND A.L.,<br><br>Defendants. | Case No. CV-22-71-GF-BMM |

The Court having received the Unopposed Motions to Consolidate, counsel for all parties agreeing to said motion, and good cause appearing,

IT IS HEREBY ORDERED that the Unopposed Motion to Consolidate are **GRANTED**. The Clerk of this Court is directed to consolidate Case No. CV-22-71-GF-BMM, The Estate of Timothy Allen Braaten v. City of Great Falls, et al., with the Case No. CV-22-61-GF-JTJ, Tina Braaten v. City of Great Falls, et al.  All future documents shall be filed in the lead case No. CV-22-61-GF-JTJ.  Case No. CV-22-61-GF-JTJ will be reassigned to the undersigned.

DATED this 12th day of September, 2022.

_____
Brian Morris, Chief District Judge
United States District Court